IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

RONNIE WAYNE DANIELS,

    Plaintiff,

v.                                                                            CASE NO. 1:10-cv-222-MP-GRJ

EDWIN G. BUSS,

    Defendants.

_____/

## ORDER

Pending before the Court is the Notice Of Substitution of Parties filed by Plaintiff. (Doc. 15.)  Plaintiff requests the Court to substitute Edwin G. Buss as Secretary of the Florida Department of Corrections in the place of Walter A. McNeil, who no longer is the Secretary.

Upon due consideration, the Clerk is directed to change the docket to reflect Edwin G. Buss as the proper Defendant in this action.

**DONE AND ORDERED** this 8th day of June 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge