IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

RONNIE WAYNE DANIELS,

    Plaintiff,

v.                                          CASE NO. 1:10-cv-00222-MP-GRJ

EDWIN G BUSS, WALTER A MCNEIL,

    Defendants.

_____/

**O R D E R**

This matter is before the Court on Doc. 17, Report and Recommendation of the Magistrate Judge, recommending that this case be dismissed for abuse of the judicial process. The plaintiff filed objections, Doc. 18, and the Court has made a de novo determination of those portions of the Report and Recommendation to which objection was made. 28 U.S.C. § 636(b)(1)(C). Upon consideration, the Court agrees with the Magistrate Judge that the plaintiff failed to truthfully fill out the complaint form when he declined to list two previous federal cases. The Court also finds not credible the explanations given by the plaintiff that he forgot these prior cases. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    The Report and Recommendation of the Magistrate Judge is accepted and incorporated herein. This cause is **DISMISSED WITHOUT PREJUDICE** for abuse of the judicial process. The dismissal of this case should count as a strike pursuant to 28 U.S.C § 1915(g).

    **DONE AND ORDERED** this _21st_ day of October, 2011

                              *s/Maurice M. Paul*
                         Maurice M. Paul, Senior District Judge